E. MARTIN ESTRADA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
BRADLEY E. MARRETT (Cal. Bar No. 288079)
Assistant United States Attorneys
     Ronald Reagan Federal Bldg. & U.S. Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3505
     Facsimile: (714) 338-3561
     E-mail:    bradley.marrett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>KHALID SIDDIQI,<br><br>           Defendant. | No. SA CR 22-00128-FWS<br><br>GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT KHALID SIDDIQI; DECLARATION OF BRADLEY E. MARRETT<br><br>Date: May 4, 2023<br>Time: 1:30 p.m. |

The government submits its sentencing position for defendant Khalid Siddiqi.

 Dated: April 17, 2023         /s/
                               BRADLEY E. MARRETT
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

1

**I.   INTRODUCTION**

Defendant Khalid Siddiqi sent over 450 threatening communications to various law enforcement and government agencies over the course of six months.  The threats escalated over that period, culminating in a series of threats to the Federal Bureau of Investigation and the "1 minute agent" in August 2022, which are the threats charged in the Indictment and the Count to which defendant pleaded guilty.

In view of the seriousness and scope of defendant's escalating threats, as well as defendant's personal history and characteristics that likely precipitated the threats, and in accordance with the plea agreement, the government recommends a low-end sentence of 10 months' imprisonment, followed by a three-year period of supervised release, and a special assessment of $100.

**II.   BACKGROUND**

On March 23, 2023, defendant pleaded guilty to Count 9 of the Indictment, which charged defendant with Threats By Interstate Communications, in violation of 18 U.S.C. § 875(c).  Defendant Siddiqi admitted to the facts in Paragraph 9 of his plea agreement, (ECF 39, Plea Agreement ¶ 9), which included the following:

> Between January and August 2022, defendant KHALID SIDDIQI sent over 450 threatening communications to various law enforcement and governmental agencies, primarily through online portals associated with those agencies.  By August 2022, SIDDIQI's threats became more particularized and frequent.  Between August 7, 2022 and August 10, 2022, SIDDIQI sent eleven true threats from Orange County, California to the Federal Bureau of Investigation ("FBI") via the FBI's Internet tip line portal in West Virginia.  SIDDIQI's true threats included the following:
>
> On August 7, 2022: "I'm going to fuck up at least one FBI agent so you can pick any one or I will choose one myself! I will get at least one fucking bitch FBI agent!  Fuck your badge."

1

> On August 8, 2022: "I will suicide bomb the FBI agent I nicknamed the 1 minute agent! I live 1 minute away from the police station! He's been hurting me for 15 years! He took my children from me and I never even spoke to an FBI agent before in my life! I will murder his entire family. It is my life mission to find that bitch motherfucker and make him pay with every drop of blood in his body by god I swear I will!"
>
> On August 9, 2022: "1 minute agent come out come out wherever you are! I'm looking for you motherfucker! I am going to get you back in this life and the next life! I feel bad for you and your family! I am going to rip you out of the history books and I am going to fucking make sure that everyone who ever lived or lives never knew you fucking ever existed! Special request to the almighty!"
>
> On August 9, 2022: "I will rip you FBI agents to shreds! I will fucking eat you alive! I will take your souls! I would bury your fucking bodies! I will fucking murder your fucking families! I will fucking hang you! I will fucking burn down your houses! I will fucking set bombs in your cars! I will fucking take a bazooka and blast your ass!"
>
> Defendant admits that defendant knowingly transmitted in interstate commerce each of the communications alleged in the Indictment, each of which contained a threat to injure the person of another. Defendant admits that these communications were transmitted for the purpose of issuing a threat and with knowledge that the communications would be viewed as a threat.

**III. GUIDELINES CALCULATIONS**

The government calculates the Sentencing Guidelines as follows:

| | | | |
|---|---|---|---|
| Base offense level: | 12 | | U.S.S.G. § 2A6.1(a) |
| >2 Threats: | +2 | | U.S.S.G. § 2A6.1(b)(2) |
| Acceptance: | -2 | | U.S.S.G. § 3E1.1 |

The USPO has determined that defendant is in criminal history category I. (MPSR ¶ 12.) The government has no objection to the USPO's calculation of defendant's criminal history. The resulting sentencing range for an offense level 12 and criminal history category I is 10-16 months.

## IV. GOVERNMENT'S SENTENCING RECOMMENDATION

If the Court concurs in the government's sentencing guidelines calculation, resulting in an offense level of 12, the advisory guidelines range is 10-16 months.  In view of the mitigating circumstances identified in the sealed competency examination report (ECF 33), and in accordance with the plea agreement, the government recommends a sentence at the low-end of the advisory guidelines range: 10 months' incarceration, followed by three years of supervised release.

The government submits that its recommended sentence is sufficient, but not greater than necessary, to address the offense taking into account all the factors the Court must consider under 18 U.S.C. § 3553(a), including defendant's offense conduct, his physical health history, his educational history, his familial ties and responsibilities, and his efforts toward rehabilitation.

In particular, the government notes that while defendant is competent to participate in these proceedings, there is an underlying narcotics addiction and mental health diagnoses that went previously unaddressed and untreated.  A term of custody is warranted to protect the public from defendant, and a three-year term of supervised release is warranted to ensure public safety upon defendant's release and also to continue the rehabilitation efforts of defendant.  The government recommends that the Court also impose a special term of supervised release that would require either or both an inpatient, dual-diagnosis drug treatment program and an outpatient mental health treatment program.

3

## V.   CONCLUSION

Based on the foregoing, the government recommends that this Court impose a sentence of 10 months' imprisonment followed by three years of supervised release, and a $100 special assessment.

# Certificate of Service

I am a citizen of the United States and am employed in the County of Orange, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made. On this date, April 19, 2023, I served a copy of the foregoing document(s), described as follows:

**GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT KHALID SIDDIQI; DECLARATION OF BRADLEY E. MARRETT** in the following manner:

☐ by placing a true copy in a sealed envelope, addressed to the person(s) specified below, and placing it for interoffice delivery within the courthouse to:

☐ by placing the documents in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

☒ by e-mailing a pdf. version of the document(s) to the e-mail addresses specified as:

**Judith_Tapia@cacp.uscourts.gov** (U.S. Probation)

I declare under penalty of perjury that the foregoing is true and correct, executed on April 19, 2023, at Santa Ana, California.

                                                    /s/
                                              JEAN KIM